■ WALTER K. SIVER, Appellant, v JEAN M. LAROSA, Formerly Known as JEAN M. ROTONDO, Respondent. (Appeal No.

1.)—Judgment unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Judgment of Supreme Court, Oswego County, Hurlbutt, J.—Adverse Possession.) Present—Dillon, P. J., Callahan, Denman, Boomer and Lowery, JJ.